UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                    Case No. 08-20289

vs.

                                                    HON. GEORGE CARAM STEEH

DAVID ERIKE MacLLOYD,

        Defendant.

_____/

ORDER GRANTING DEFENDANT'S MOTION TO FILE
UNTIMELY RULE 29 AND RULE 33 MOTIONS AND OBJECTIONS
TO PRESENTENCE REPORT AND TO ADJOURN SENTENCING [DOC. 222]

       This matter has come before the court on defendant David MacLloyd's motion to permit untimely filing of Rule 29 and Rule 33 motions, to permit belated submission of objections/corrections to the presentence report and to adjourn sentence. [Doc. 222] The court heard oral argument by the counsel on October 27, 2011. Now, therefore, for the reasons stated on the record,

       IT IS HEREBY ORDERED that defendant's motion is GRANTED. Defendant has until November 10, 2011 to file Rule 29 and Rule 33 motions, as well as objections to the presentence report. A new sentencing date will be scheduled by the court.

       It is so ordered.

Dated: October 27, 2011

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 28, 2011, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk