UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 08-CR-20289

        HON. GEORGE CARAM STEEH

D-1 DAVID ERIKE MACLLOYD

        Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR
JUDGMENT OF ACQUITTAL AND MOTION FOR NEW TRIAL [DOC. 227]

        This matter has come before the court on defendant David MacLloyd's motion for judgment of acquittal and notion for new trial. The court is familiar with the arguments made in defendant's motion and reply brief, and the government's responsive pleadings. Now, therefore, for the reasons stated on the record on February 6, 2012,

        IT IS HEREBY ORDERED that defendant's motion for judgment of acquittal and motion for new trial are DENIED.

        It is so ordered.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: February 6, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on February 6, 2012, by electronic and/or ordinary mail.

                                          s/Marcia Beauchemin
                                          Deputy Clerk